Dismissed and Memorandum Opinion filed December 4, 2008








Dismissed
and Memorandum Opinion filed December 4, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00393-CV

____________

 

THE STATE OF TEXAS, Appellant

 

V.

 

CAMPBELL & 1-10, LTD. ET AL, Appellees

 



 

On Appeal from
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 826899

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 23, 2008.  On November 24, 2008,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 4, 2008.

Panel consists of Justices Frost, Brown, and Boyce.